

# NUMBERS 13-23-00073-CR, 13-23-00074-CR, 13-23-00075-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KATHRYN MARIE PULKINGHAM,                                         Appellant,

v.

THE STATE OF TEXAS,                                         Appellee.

### On appeal from the 445th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

These causes are before the court on its own motion. On June 12, 2023, the Clerk of the Court notified the court reporter that the reporter's records were past due. Also on June 12, 2023, the Clerk of the Court notified the trial court clerk that the clerk's records were past due. On June 20, 2023, the court reporter, Ms. Dahlia Robledo, indicated only a partial payment had been made for the reporter's records and accordingly requested

an extension. On June 20, 2023, the trial court clerk, Ms. Silva Mata, indicated that the appellant had not made arrangements for the payment of the clerk's records. Accordingly, on June 21, 2023, the Clerk of the Court notified appellant's counsel of the failure to make arrangements for payment of the clerk's records and instructed appellant's counsel to provide proof of payment within ten days. Appellant's counsel failed to respond to the notice.

On July 19, 2023, the causes were abated, and the matters remanded to the trial court to determine whether appellant had abandoned her appeals. On July 26, 2023, appellant's counsel submitted letters indicating appellant had abandoned her appeals, and, on September 22, 2023, the trial court issued an Order indicating appellant had abandoned her appeals. Upon review of the case history and of the trial court order, it appears appellant has abandoned her appeals. Accordingly, we reinstate these causes and dismiss the appeals.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
2nd day of November, 2023.

2